DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

FILED

2016 JAN 26  AM 9: 10

U.S. BANKRUPTCY CT.
SO DIST OF CALIF.

Rec# 228446

In Re:

    MERRY RUTH GRAHAM

    PO BOX 1485
    FRIDAY HARBOR, WA 98250

                                Debtor.

Chapter 13

Bankruptcy Case No.  10-16820-LA13

UNDISTRIBUTED FUNDS

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED/COMPLETED

EXPLANATION OF SOURCES: STALE DATED DEBTOR REFUND CHECK

NAME OF PAYEE ON UNCLAIMED CHECK:

    MERRY RUTH GRAHAM
    PO BOX 1485
    FRIDAY HARBOR, WA 98250

                    AMOUNT: $1,355.10

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:  [ ✓ ]DEBTOR  [ ✓ ]ATTORNEY  [  ]PAYEE

DATED: January 20, 2016

                            Patty Morgan
                            Clerk for the Office of
                            DAVID L. SKELTON, TRUSTEE

    THOMAS M LOCKHART  #64344
    7777 ALVARADO RD #622
    LA MESA, CA 91941-0000

16820und